IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE TUCKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MR. VERANO, SUPT., et al. | : | NO. 12-cv-6141 |

ORDER

AND NOW, this 19th day of February 2013, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response thereto (Doc. No. 5), and careful review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge (Doc. No. 7),[1] it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED;

3. Petitioner's Motion for Appointment of Counsel (Doc. No. 6) is DENIED; and

4. A certificate of appealability is not granted.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Petitioner did not file any objections to Judge Rueter's Report and Recommendation.